## National Bond and Investment Corporation, Appellant, v. Arthur Grier et al., Appellee.

### Gen. No. 42,741.

518

opinion filed December 13, 1944; released for publication January 4, 1945. Olson & Hanelin, for appellant; no appearance for appellee. Opinion by JUSTICE KILEY. **Not to be published in full.**